## COMMISSIONER OF INTERNAL REVENUE v. WESTERN NATIONAL LIFE INSURANCE COMPANY et al.
### No. 1239.

Circuit Court of Appeals, Tenth Circuit.
May 13, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue of Washington, D. C., for petitioner.

Earl Whittier Shinn, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, and cause remanded, with instructions, on stipulation.

## COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE, Appellee, v. Philip ELTING, Collector of Customs, Port of New York, Appellant.
### No. 405.

Circuit Court of Appeals, Second Circuit.
May 6, 1935.

Martin Conboy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellant.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment reversed on authority of Navigazione Générale Italiana v. Elting (C. C. A.) 76 F.(2d) 885.

## Sarah C. CORBETT v. RIALTO MINING COMPANY et al.
### No. 1125.

Circuit Court of Appeals, Tenth Circuit.
Jan. 14, 1935.

Russell D. Garner, of Los Angeles, Cal., for appellant.

Ramsey, Martin & Logan, of Tulsa, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on stipulation.